JONES, Appellant, v. PLUMMER *et al.*, Respondents.

1. The supreme court will not grant new trials on the ground that verdicts are against the weight of the evidence.

*Appeal from Greene Probate and Common Pleas Court.*

*Parsons & Price*, for appellant.

*Oliver & Ewing*, for respondents.

NAPTON, Judge, delivered the opinion of the court.

The instructions given in this case were correct; and though it is not easy to see the grounds upon which the jury failed to give the plaintiff a verdict for at least nominal damages, yet as questions of this kind fall with peculiar propriety within the province of juries, and the court which tried the case has refused to interfere, we shall let the verdict stand.

Judgment affirmed.